14-MC-05028-ORD

FILED ___ LODGED
___ RECEIVED

NOV 20 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAN JUAN CONSTRUCTION, INC.,

    Plaintiff,

v.

R. CUSTOM EXCAVATION, INC., and
UPPER HUDSON NATIONAL INSURANCE
GROUP,

    Defendants,

M&T BANK CORP.,

    Garnishee.

MC14-5028 BHS

ORDER TO ISSUE
A WRIT OF GARNISHMENT --
UPPER HUDSON NATIONAL
INSURANCE GROUP

THIS MATTER came before the Court on Plaintiff San Juan Construction, Inc.'s Application for a Writ of Garnishment for debts other than earnings due and owing Defendant/Judgment Debtor Upper Hudson National Insurance Group from M&T Bank Corp., the garnishee.

The Court, having reviewed the pleadings herein, it is hereby ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against M&T Bank Corp., whose address is One M&T Plaza, 345 Main Street, Buffalo, NY, 14203.

DATED this 20 day of November, 2014

_____
United States District Judge

ORDER TO ISSUE WRIT OF GARN. - 1
DWT 25413380v1 0085000-002270

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  Presented by:

2

3  Davis Wright Tremaine LLP
   Attorneys for San Juan Construction, Inc.
4

5  By _____

6  John C. Theiss, WSBA #24488
   1201 Third Avenue, Suite 2200
7  Seattle, WA  98101-3045
   Tel:  206-757-8154
8  Fax: 206-757-7154
   E-mail: johntheiss@dwt.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER TO ISSUE WRIT OF GARN. - 2
DWT 25413380v1 0085000-002270

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax