Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAN JUAN CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> R. CUSTOM EXCAVATION, INC., and UPPER HUDSON NATIONAL INSURANCE GROUP <br><br> Defendants, <br><br> M&T BANK CORP., <br><br> Garnishee. | No. 3:14-mc-05028-BHS <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

This matter came before the Court on Plaintiff San Juan Construction, Inc.'s Motion to Dismiss with prejudice, the Court, having reviewed the Motion and pleadings and records on file herein,

IT IS HEREBY ORDERED that Plaintiff's Motion is granted. The clerk shall enter judgment accordingly.

DATED this ___ day of October, 2015.

_____
The Honorable Benjamin H. Settle

ORDER OF DISMISSAL WITH PREJUDICE (3:14-mc-05028-BHS) - 1
DWT 27533538v1 0086794-000032

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  Presented by:

2

3  *s/ John C. Theiss*
   John C. Theiss, WSBA #24488
4  Davis Wright Tremaine LLP
   1201 Third Avenue, Suite 2200
5  Seattle, Washington 98101-3045

6  Attorneys for San Juan Construction, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER OF DISMISSAL WITH PREJUDICE (3:14-mc-05028-BHS) - 2
DWT 27533538v1 0086794-000032

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax